SECRET

FILED UNSEALED AS OF 11/6/07

07 OCT 31 PM 4:10

BY: PDC    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 2985 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine |
| EDUARDO BARAJAS (1), aka Eddie-Boy, | |
| VICTOR RAMOS (2), aka V, | |
| ALEJANDRO VELARDE (3), aka Lil' Al, | |
| MIGUEL RIVERA MEDINA (4), aka Vampiro, | |
| JACOB TELLAECHE (5), aka Dopey, | |
| THOMAS ALEJANDRO MANZANO (6), aka Tommy-Boy, | |
| DERIC WILLIAMS (7), aka Pelon, | |
| JULIO CESAR JIMENEZ (8), aka Foo-Foo, | |
| ERNESTO ROMAN LOPEZ (9), aka Ernie, | |
| Defendants. | |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including May 17, 2007, within the Southern District of California, and elsewhere, defendants EDUARDO BARAJAS, aka Eddie-Boy, VICTOR RAMOS, aka V, ALEJANDRO VELARDE, aka Lil' Al, MIGUEL RIVERA

TFS:MIC:nlv:San Diego
10/31/07

1 | MEDINA, aka Vampiro, JACOB TELLAECHE, aka Dopey, THOMAS ALEJANDRO
2 | MANZANO, aka Tommy-Boy, DERIC WILLIAMS, aka Pelon, JULIO CESAR
3 | JIMENEZ, aka Foo-Foo, and ERNESTO ROMAN LOPEZ, aka Ernie, did
4 | knowingly and intentionally conspire together and with other persons
5 | known and unknown to the grand jury to distribute 500 grams and more
6 | of a mixture and substance containing a detectable amount of
7 | methamphetamine, a Schedule II Controlled Substance; in violation of
8 | Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: October 31, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney