FILED

07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____PDL_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDUARDO BARAJAS, et al.,<br>   aka Eddie-Boy,<br><br>        Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF RELATED CASE<br><br>~~SECRET~~<br><br>UNSEALED AS OF 11/6/07 |

TO THE CLERK OF THE COURT:

    Please take notice that the above-entitled case is related to <u>United States of America v. Salvador Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1407-WQH, and <u>United States of America v. Andres Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1408-WQH.

    DATED: October 31, 2007.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ Timothy F. Salel
                                    TIMOTHY F. SALEL
                                    Assistant U.S. Attorney