ORIGINAL

FILED

07 NOV -6 PM 2:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2985-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL INDICTMENT |
| EDUARDO BARAJAS, ET AL., | ) |
| Defendants. | ) |

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 07CR2985-WQH shall be unsealed.

SO ORDERED.

DATED: 11/6/07

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney