1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    **CASE NO. 07CR2985-02-WQH**
                                         )
         Plaintiff,                      )
12  v.                                   )    **ORDER AUTHORIZING**
                                         )    **INTERIM PAYMENTS OF**
13  VICTOR RAMOS,                        )    **ATTORNEY FEES**
                                         )
14       Defendant                       )
    _____)
15

16      Good cause appearing therefore:

17      IT IS HEREBY ORDERED that interim payments of attorney fees and costs to

18  appointed counsel Mark F. Adams are authorized in accordance with Title 18 United

19  States Code Section 3006A(d) whenever attorney fees and costs reach the level of at

20  least $5,000.00.

21

22                                       IT IS SO ORDERED:

23
    Dated: _____                     _____
24                                       WILLIAM Q. HAYES
                                         UNITED STATES DISTRICT COURT JUDGE
25
26
27
28

MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 214
San Diego, CA  92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**Victor Ramos**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 07CR2985-02-WQH** |
| Plaintiff, | **EX-PARTE APPLICATION FOR INTERIM PAYMENTS OF ATTORNEY FEES** |
| vs. | |
| VICTOR RAMOS, et. al., | |
| Defendant. | |

TO:   HON. WILLIAM Q. HAYES:

PLEASE TAKE NOTICE that pursuant to the provisions of 18 U.S.C. § 3006A(d) and based upon this application, the declaration of the undersigned counsel, all of the files and records and facts and circumstances of this complex criminal case, the above-named Defendant, by and through counsel, hereby seeks an order authorizing the undersigned counsel to submit interim payment vouchers at any time when attorneys fees and costs exceed $5,000.

**Declaration of Counsel**

I, Mark F. Adams, hereby declare under penalty of perjury that:

I am counsel appointed pursuant to the Criminal Justice Act to represent the accused, Victor Ramos, in the above-captioned criminal prosecution;

I am admitted to practice before this United States District Court, all of the courts

of the State of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States;

I make this declaration in support of my request for an order authorizing interim payments of attorneys fees and costs.  The reason for this unusual request is due to the complex and likely extended nature of the above-captioned case.  This case accuses 9 defendants, including Mr. RAMOS in a conspiracy to distribute methamphetamine in excess of 500 grams.  Given those allegations, Mr. RAMOS and his co-defendants face a mandatory minimum sentence of 10 years up to a maximum of life in prison, not to mention substantial fines and penalty assessments.  This case was filed and designated by the United States as related to two other cases pending in this court, case numbers 07CR1407-WQH and 07CR1408-WQH.  Those cases accuse 20 defendants in a complex scheme to import and distribute methamphetamine into the United States from Mexico.  There are also Money Laundering and Forfeiture allegations naming at least 9 of the 20 defendants;

I am informed and believe that the investigation of these related cases, including the above-captioned case involved a Title III wire intercept of uncertain duration, an unknown number of confidential informants and/or likely cooperating putative or actual co-defendants, undercover drug agents, and hours of physical surveillance.  I have learned that there are some 30,000 line sheets or summaries of intercepted telephone calls, in addition to the calls themselves.  I have also learned that there is an alleged code employed by the subjects of the charges which will certainly complicate the already difficult task of studying the seized calls;

I am a sole practitioner whose practice is exclusively dedicated to the defense of criminal cases, primarily in the United States District Court.  A case like the above-captioned will likely consume many hours of counsel's time to understand the facts, study the applicable law, conduct and supervise a meaningful and independent fact investigation, and decide upon an appropriate defense strategy.  These attorney hours will likely be spent over the course of many months given the magnitude of the materials

1  which must be mastered.  In this unusual and complex case, I cannot wait until the
2  conclusion of my representation to submit vouchers for payment of attorneys fees and
3  costs.  Accordingly, request is hereby made for an order authorizing the submission of
4  vouchers for payment when counsel's fees and/or costs exceed $5,000.
5       I declare under penalty of perjury that the foregoing is true and correct and that
6  this declaration was executed on November 19, 2007 at San Diego, California.

9  Dated: November 19, 2007         */s/ Mark F. Adams*_____
                                    MARK F. ADAMS
10                                  Attorney for Defendant
                                    **Victor Ramos**