AO 442

FID 1407086

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNSEALED 11/16/07

FILED
SECRET

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Victor Ramos (2),
aka V

**WARRANT FOR ARREST**

BY: _PPL_ DEPUTY

**CASE NUMBER:** 07cr2985 WQH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Victor Ramos (2), aka V___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE 11/06/07
ARRESTED BY DEA / USMS

Steven Stafford (Acting)
U.S. MARSHAL, S/CA
BY Cesar Martin

RECEIVED 2007 NOV -1 A 11:19
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/ J. Jocson
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

11/01/07   San Diego, California
Date and Location

Bail fixed at $ ___No-Bail___ by ___The Honorable Louisa S. Porter___

Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA- OCDETF "SW-CAS #430 - OPERATION MY THREE BROTHERS
AUSA Peter Ko x 6618