

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br>VICTOR RAMOS,<br><br>                    Defendant | CASE NO. 07CR2985-02-WQH<br><br>**ORDER AUTHORIZING<br>INTERIM PAYMENTS OF<br>ATTORNEY FEES** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that interim payments of attorney fees and costs to appointed counsel Mark F. Adams are authorized in accordance with Title 18 United States Code Section 3006A(d) whenever attorney fees and costs reach the level of at least $5,000.00.

IT IS SO ORDERED:

Dated: 11/21/07

WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE