| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MICHAEL J. CROWLEY |
|   | TIMOTHY F. SALEL |
| 3 | Assistant U.S. Attorneys |
|   | California State Bar Nos. 168753 / 163597 |
| 4 | United States Attorney's Office |
|   | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
|   | Telephone Nos.: (619) 557-5733 / 6074 |
| 6 | Facsimile No.:    (619) 557-3445 |
|   | E-mails: michael.crowley2@usdoj.gov / timothy.salel@usdoj.gov |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| EDUARDO BARAJAS (1), | ) | |
|    aka Eddie-Boy, | ) | |
| VICTOR RAMOS (2), | ) | |
|    aka V, | ) | |
| ALEJANDRO VELARDE (3), | ) | |
|    aka Lil' Al, | ) | |
| THOMAS ALEJANDRO MANZANO (6), | ) | |
|    aka Tommy-Boy, | ) | |
| DERIC WILLIAMS (7), | ) | |
|    aka Pelon, | ) | |
| JULIO CESAR JIMENEZ (8), | ) | |
|    aka Foo-Foo, | ) | |
| ERNESTO ROMAN LOPEZ (9), | ) | |
|    aka Ernie, | ) | |
| | ) | |
| Defendants. | ) | |
|   | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

We, Michael J. Crowley and Timothy F. Salel, the undersigned Assistant U.S. Attorneys, hereby enter our appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Michael J. Crowley | 168753 | (619) 557-5733 | michael.crowley2@usdoj.gov |
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

1  We, Michael J. Crowley and Timothy F. Salel, hereby certify that we are both admitted to
2  practice in this court or authorized to practice under CivLR 83.3.c.3-4.
3  Effective this date, the following Government attorney is no longer associated with this case
4  and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: December 3, 2007    */S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: December 3, 2007    */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO BARAJAS (1),<br>    aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>    aka V,<br>ALEJANDRO VELARDE (3),<br>    aka Lil' Al,<br>THOMAS ALEJANDRO MANZANO (6),<br>    aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>    aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>    aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>    aka Ernie,<br><br>    Defendants. | Criminal Case No. 07CR2985-WQH<br><br>NOTICE OF APPEARANCE |

IT IS HEREBY CERTIFIED that:

We, Michael J. Crowley and Timothy F. Salel, are citizens of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; We are not a party to the above-entitled action.

We have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)    STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
        E-Mail: spw1@sbcglobal.net

(2)    MARK F. ADAMS – Attorney for Victor Ramos (2)
        E-Mail: markadamsesq@yahoo.com

(3)    LYNN H. BALL – Attorney for Alejandro Velarde (3)
        E-Mail: lhball@sbcglobal.net

(4)    NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
        E-Mail: nrosenfeld@aol.com

1  (5)  ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)
        E-Mail: anthonycolombolegal@yahoo.com

2  (6)  CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
        E-Mail: charlesnguthrie@aol.com

3  (7)  HOWARD B. FRANK – Attorney for Ernesto Roman Lopez (9)
        E-Mail: hbfandjm@aol.com

We declare under penalty of perjury that the foregoing is true and correct.

DATED: December 3, 2007            */S/ MICHAEL J. CROWLEY*
                                   MICHAEL J. CROWLEY
                                   Assistant U.S. Attorney

DATED: December 3, 2007            */S/ TIMOTHY F. SALEL*
                                   TIMOTHY F. SALEL
                                   Assistant U.S. Attorney

07CR2985-WQH