MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 335
San Diego, CA 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**Victor Ramos**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 07CR2985-02-WQH** |
| ) | |
| Plaintiff, ) | **EX-PARTE APPLICATION** |
| ) | **AUTHORIZING DIRECT PAYMENT** |
| vs. ) | **OF EXTRAORDINARY COPY EXPENSES** |
| ) | **TO COPY CONNECTION** |
| VICTOR RAMOS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant, Victor Ramos, by and through his counsel of record, applies to this Court for an Order approving extraordinary expenses for copying of discovery, including wiretap line sheets (summaries of intercepted calls which are essentially draft transcripts of intercepted calls), agent reports, surveillance records, documentary exhibits seized as a result of execution of search warrants, and other discovery documents. This request is made pursuant to 18 U.S.C. § 3006A(e)(1). The defense further requests that payment be made directly to third-party vendor Copy Connection[1] and that Copy Connection be allowed to directly submit a voucher for payment to the clerk of the Court.

---

[1] Copy Connection is a private vendor often employed by the United States Attorney's Office to assist in the copying and production of voluminous discovery in complex litigation. The undersigned counsel is satisfied, based upon prior experience, that this vendor is very qualified to manage and produce discovery in a timely and efficient manner.

1     This Application seeks an order approving vouchers for payment to Copy Connection in an amount not to exceed $3,500 at this time based on expected initial costs of production of the first tranche of discovery, including line sheets, investigative reports, exhibits, and photographs.

    This Application is based on this Ex Parte Application, the attached Memorandum of Points and Authorities, the attached Declaration of Counsel, and any and all other oral or written information supplied to the Court upon request.

Dated: December 21, 2007                  */s/ Mark F. Adams*_____
                                                             MARK F. ADAMS
                                                              Attorney for Defendant
                                                              VICTOR RAMOS

MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Suite 335
San Diego, CA  92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**VICTOR RAMOS**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br> vs.                                                       )<br>                                                              )<br> VICTOR RAMOS, et al.                  )<br>                                                              )<br>         Defendant.                           )<br> _____) | **CASE NO. 07CR2985-02-WQH**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTRAORDINARY EXPENSES AND DIRECT PAYMENT TO COPY CONNECTION** |

**I.**

**EXTRAORDINARY EXPENSES SHOULD BE
AUTHORIZED TO PERMIT COUNSEL TO OBTAIN DISCOVERY**

Title 18 United States Code Sections 3006A(e)(1) permits counsel for an indigent defendant to request authorization for expenses relating to investigation, expert witnesses, or other services necessary for an adequate defense.  The court, following an ex-parte hearing on the application, may authorize counsel to obtain the services.  If the investigation, expert witness, or other services necessary for an adequate defense exceeds the amount of $1,000.00, the payment must be approved by the United States Court of Appeals for the Ninth Circuit prior to payment.

///

> In all criminal prosecutions, the accused shall enjoy the right . . .
> . to be informed of the nature and cause of the accusation . . .
> to have compulsory process for obtaining witnesses in his
> favor, and to have the Assistance of Counsel for his defense.
> Sixth Amendment; United States Constitution.

The Sixth Amendment reference to the assistance of counsel has been interpreted by the courts to mean **effective** assistance of counsel. Cooper v. Fitzharris, 586 F. 2d 1325 (9th Cir. 1978) cert. den., 440 U.S. 974. (Emphasis added). Mere physical presence of an attorney does not fulfill the Sixth Amendment entitlement of effective assistance of counsel. Javor v. United States, 724 F.2d 831 (9th Cir. 1984).

The Sixth Amendment right to counsel implies much more than a minimum level of professional competence. Undivided loyalty and fidelity of commitment are the guiding principles in this important area of Sixth Amendment jurisprudence. United States v. Alvarez, 580 F.2d 1251 (5th Cir. 1978).

In this case, it is necessary for counsel to review the discovery including the line sheets or summaries of the approximately 19,968 intercepted communications upon which the prosecution is based[2]. Counsel is also informed and believes that the government intends to rely on confidential informants, undercover agents, and agent surveillance reports and records to prove its case. In order to effectively represent Mr. Ramos, counsel must obtain and read all discovery including agent reports, applications, affidavits, and orders authorizing wire intercepts, all line sheets and summaries, particularly as they reveal the government's theory as to the meaning of seized conversations. The case is charged as a conspiracy to distribute methamphetamine. As

---

[2] Counsel is informed that communications were intercepted in English, Spanish, and code language over a period of ten months on numerous telephone lines and that agents executed some 23 search warrants at various residences throughout San Diego County. The intercepted communications will likely be produced in a digital format which will involve a modest expense. The Government asserts that its agents have produced over 75,000 pages of line sheets or summaries, or partial transcripts of the seized conversations. These translated summaries are the key to understanding the criminal conspiracy alleged by the Government in this case.

such the relative roles of all those so charged must be understood in order to effectively represent the interests of any one of the accused, including Mr. Ramos.

### III.

### CONCLUSION

For the foregoing reasons, and based upon the declaration of counsel filed herewith, Mr. Ramos requests that this Court authorize payment of extraordinary expenses for discovery not to exceed the amount of $3,500.00 to be paid directly to Copy Connection.

Dated: December 21, 2007         */s/ Mark F. Adams*_____
                                 MARK F. ADAMS
                                 Attorney for Defendant
                                 VICTOR RAMOS

MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 335
San Diego, CA  92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**VICTOR RAMOS**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>VICTOR RAMOS, et al., )<br>)<br>   Defendants. )<br>_____ ) | **CASE NO. 07CR2985-02-WQH**<br><br><br><br>**DECLARATION OF COUNSEL** |

I, Mark F. Adams, after having been duly sworn, depose and state:

I am an attorney at law duly licensed to practice before all of the courts of the State of California, the United States District Court for the Southern District of California, the Court of Appeals for the Ninth Circuit; and the Supreme Court of the United States;

I am the counsel of record for the accused, Victor Ramos;

All of the facts asserted in the attached application are true and correct;

I anticipate from a review of the files of the related case in case number 07CR1408 that the first significant tranche of discovery including the line sheets will cost at least $1,500 and that additional costs will accrue as the bulk of the line sheets become available.  Indeed, at $.08 per page, simple duplication of 75,000 pages would be $6,000.  Production in a searchable digital format would likely cost more due to the need

1  to optically character scan the discovery unless the Government has already undertaken
2  that task. Until the Government authorizes Copy Connection to produce discovery, we
3  will not precisely know how much the second[3] discovery production will cost;
4
5    I am a sole practitioner and cannot advance this cost for discovery. Accordingly,
6  request is hereby made for an order authorizing costs not to exceed $3,500 at this time
7  and paying Copy Connection directly.
8    I declare, under the penalty of perjury, the above to be true and correct to the best
9  of my information and belief and that this declaration was executed on December 21,
10 2007 at San Diego, California.

             */s/ MarkF. Adams*_____
             MARK F. ADAMS

---

[3] On December 6, 2007 Copy Connection produced the first order of discovery in this case at a total cost for paper and digitally searchable format a total of 1534 pages at $247.93. Counsel paid for that production directly, not wanting to wait for a court order such as the one sought by this application.

2                    07CR2985-02-WQH

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 07CR2985-02-WQH** |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| VICTOR RAMOS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that extraordinary expenses not to exceed $3,500.00 for the production and copying of discovery are hereby authorized and shall be paid directly to Copy Connection upon presentation of a voucher for payment for the copying of discovery documents on behalf of the above-named defendant.

**IT IS SO ORDERED**:

DATED: _____          _____
**WILLIAM Q. HAYES, JUDGE**
**UNITED STATES DISTRICT COURT**