MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 214
San Diego, CA 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429

Attorney for Defendant
**Victor Ramos**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 07CR2985-02-WQH** |
| Plaintiff, | **STATUS CONFERENCE BRIEF REGARDING DISCOVERY** |
| vs. | |
| VICTOR RAMOS, et. al., | **Date: January 8, 2008** |
| Defendant. | **Time: 9:30 a.m.** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND MICHAEL J. CROWLEY AND TIMOTHY F. SALEL, ASSISTANT UNITED STATES ATTORNEYS:

At the status conference regarding discovery now set for hearing at 9:30 a.m. on Tuesday January 8, 2008 or as soon thereafter as counsel may be heard, the above named Defendant, by and through counsel, will present the court with the current status of discovery production from the defense perspective. This brief is a supplemental memorandum of points for the Court's consideration in conjunction with the previously filed memorandum of points and authorities in support of our motion for discovery, first filed on November 13, 2007.

On October 31, 2007 a one-count indictment charging a conspiracy to distribute in excess of 500 grams of a mixture containing methamphetamine was filed as a related case to 07CR1407 and 07CR1408, cases pending since May 31, 2007 and charging various drug distribution and related charges. All three cases appear to rely on Title III wire intercept orders. Indeed, the government allows that wire intercepts lasting at least 10 months and resulting in over 23 search warrant executions form the underpinnings of this serious criminal case. The government also asserts that the wire interceptions include almost 20,000 intercepted voice sessions of which the government alleges 6,900 are pertinent. There are some 75,000 pages of lines sheets, approximately 175 investigative reports and over 250 exhibits.[1]

The accused, Victor Ramos, was arrested on November 6, 2007. He first appeared in court the next day. On November 13, 2007 the undersigned counsel filed a written discovery motion scheduled for hearing on December 17, 2007. The defense asked the Court to order the above-captioned case added to a status hearing for the related cases scheduled for December 7, 2007, it appearing that at least the wire interceptions were sufficiently related so that litigation concerning the legality of those intercepts would be common to both cases[2].

The Court ordered a further status hearing on all cases set for February 1, 2008 so counsel could more fully inform the court about the proper and necessary scheduling of motions challenging the wire interceptions motions. Government counsel agreed to a prompt production of additional discovery, including line sheets and the intercepted

---

[1] This information is contained in a joint motion to declare the case complex prepared and executed by government counsel on November 30, 2007, however, not yet filed with this Court.

[2] On December 6, 2007 the government did release through third party vendor, Copy Connection, 1534 pages of wire intercept applications, affidavits, and orders previously released to counsel in the related cases. Counsel is informed and believes that Copy Connection has the line sheets and intercepted calls previously provided counsel in the related cases. All that is needed is authorization from government counsel to release those materials to counsel in this case.

calls. The December 17th discovery motion hearing was vacated and trailed on the Court's docket.

Counsel has repeatedly written government counsel asking for the production of discovery and never received the courtesy of a response. Attached hereto as Exhibit A and incorporated by this reference are letters from counsel concerning discovery dated November 27, 2007, December 10, 2007, and December 21, 2007. Not one of these letters has been answered either by phone message, e-mail, or in writing. The government has not filed a response to the formal discovery motion and, save for the 1534 pages of wire intercept applications, affidavits, and orders, no discovery has been provided.

The defense has learned that there are many more than the nine intercept orders provided so far including at least two orders signed by the Court and targeted directly at defendants Barajas and Ramos. We have also learned that during at least one authorization the Court heard evidence from the case agent and counsel for the government. I am told at least one defense counsel has asked for a transcript of that testimony to no avail.

## CONCLUSION

For the foregoing reasons, and based upon the further argument of counsel, the defense asks this court to grant the unopposed motion for discovery and direct the forthwith production of discovery as set forth in the motion and in this supplement including the requests in the attached correspondence.

Dated: January 4, 2008          /s/ Mark F. Adams
                                MARK F. ADAMS
                                Attorney for Defendant
                                **Victor Ramos**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2985-02-WQH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| VICTOR RAMOS, *et. al.*, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Mark F. Adams, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 335, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the defense STATUS CONFERENCE BRIEF REGARDING DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the United States District Court using its ECF System, which electronically notifies the following individuals:

Michael J. Crowley, Attorney for the Government, Michael.Crowley2@usdoj.gov

Timothy F. Salel, Attorney for the Government, Timothy.Salel@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed on January 8, 2008 at San Diego, California.

*/s/ Mark F. Adams*_____
Mark F. Adams