**MARK F. ADAMS**
ATTORNEY AT LAW
964 FIFTH AVENUE
SUITE 335
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 239-4344
FACSIMILE (619) 544-1429

November 27, 2007

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

Re: United States v. Ramos, et. al.
    Case No. 07CR2985-02-WQH
    Filed as Related to Case Nos. 07CR1407-WQH and 07CR1408

Counsel:

    I filed a discovery motion two weeks ago today and have yet to hear anything from you concerning the production of discovery. I did learn that the applications, affidavits, and orders filed in support of the electronic communications surveillance and interceptions have only just this week been made available to counsel in our related cases. May I please have immediate access to the discovery this week? I do not want to miss an opportunity to challenge the legality of the interception orders and I do not want to rely on rulings made in the related cases.

    I am sure Judge Hayes wants to have only one series of hearings on the legality of the wire intercepts, and because the key discovery on that point is only now being released, I am sure he will wait for counsel in our case to become sufficiently familiar with the discovery to meaningfully participate in those motions.

    The related cases are presently set for status hearing before Judge Hayes on December 7, 2007. I will plan to be at that hearing in the event the Court wants to discuss the setting of dates for hearing substantive motions on common questions like the wire intercept orders.

    Thank you for promptly including me in the distribution of the affidavits,

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
November 27, 2007
page 2 of 2

applications and orders for wire intercepts purporting to support the seizure of my client's private conversations. In the meantime, should you have any questions, please call.

Yours very truly,

MARK F. ADAMS

MARK F. ADAMS
ATTORNEY AT LAW
964 FIFTH AVENUE
SUITE 335
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 239-4344
FACSIMILE (619) 544-1429

December 10, 2007

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

Re: United States v. Ramos, et. al.
    Case No. 07CR2985-02-WQH

Counsel:

   I have now completed a review of the first tranche of discovery consisting of nine wire tap applications, affidavits and orders and I believe we are clearly entitled to some additional applications. I also note that the March 9, 2007 application appears to be missing the formal order signed by the court.

   The discovery identifies applications for wire intercepts on phones used by co-defendant Eduardo Barajas and by my client, Victor Ramos. See, discovery pp CHAVEZ-PL 00975 (fn 10), discovery page 1000, paragraph 19 concerning the authorization by Judge Dana M. Sabraw on February 7, 2007 of wire communications over telephone 619.250.2231 used by Eduardo Barajas, discovery page 1269, paragraph 66 concerning the "ongoing investigation which includes a court-authorized wiretap of Eduardo Barajas, a customer of the Chavez group", and discovery page 1280, paragraph 22 concerning the authorization by Judge Dana M. Sabraw on March 28, 2007 of wire communications over telephones 619.250.2231 used by Eduardo Barajas and 619.773.5500 used by Victor Ramos.

   Please promptly provide us with the intercepted calls seized as a result of the nine orders referred to above, the applications, affidavits, and orders pertaining to the phones allegedly used by Barajas and Rojas, the calls seized as a result of those orders, together with all of the available line sheets, agent reports, photographs, and

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
December 10, 2007
page 2 of 2

other records responsive to our on file discovery motions originally scheduled for hearing on December 17, 2007.

    We delayed further hearing on discovery motions from December 17th to the next scheduled status conference on February 1, 2008 on the promise of an early production of all available discovery. Unless we have discovery promptly, we will not be able to meaningfully inform Judge Hayes' questions about realistic dates for substantive motions on February 1st. Thank you for your immediate attention to our requests. Should you have any questions concerning our requests, please call without delay.

Yours very truly,

MARK F. ADAMS

cc: Victor Ramos

MARK F. ADAMS
ATTORNEY AT LAW
964 FIFTH AVENUE
SUITE 335
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 239-4344
FACSIMILE (619) 544-1429

December 21, 2007

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

Re: United States v. Ramos, et. al.
    Case No. 07CR2985-02-WQH

Counsel:

On November 13, 2007 I filed a formal motion for discovery requesting an exhaustive list of documents and records which the relevant Federal Rules of Criminal Procedure and case law require the Government to turn over to the defense. On November 27, 2007 I wrote to demand the production of at least the applications, affidavits, and orders for wire intercepts which presumably resulted in the seizure of my client's private conversations and/or will provide the underlying basis for the above-captioned prosecution. In response, on December 6, 2007[1] your office did provide, through Copy Connection, approximately 1534 pages of applications, affidavits, and orders for nine target telephone lines in the related investigation.

On December 10, 2007 I again wrote to request additional applications, affidavits, and orders, including wire intercepts for telephones allegedly used by co-defendant Barajas and my client, Mr. Victor Ramos. I also requested immediate production of all other relevant discovery including the seized calls and the line sheets or summaries of calls provided months ago as discovery in related case no. 07CR1408.

To date, I have never received the courtesy of a reply to any of my attempts to

---

[1] One day prior to a court status hearing concerning the progress of the case where your office promised the prompt provision of additional discovery, including

Michael J. Crowley
Timothy F. Salel
Assistant U.S. Attorneys
December 21, 2007
page 2 of 2

communicate with your office in a professional and business like fashion. I am troubled by this state of affairs which does not bode well for the long term management of this complex criminal case. I realize we are all busy with other distractions during the holiday season, but this matter is of utmost importance to my client, who is detained without bail, and to his family who is deprived of his presence at the holidays. I would like to be able to answer his questions about this case informed by the discovery which, save for the applications, affidavits, and orders concerning the Barajas and Ramos wire intercepts, has already been made available to the many defendants in the related criminal cases. Accordingly, production of the discovery to me should involve nothing more than pro forma authorization to Copy Connection on your part.

    Please promptly provide me with the discovery materials I need to do my job as defense counsel or I shall have no choice but to ask the court to put the matter on calendar early in January for hearing on our discovery motions and for an explanation for the delay in the production of discovery already available to counsel in the related cases. Thank you for your prompt attention to this fourth request for discovery.

Yours very truly,

MARK F. ADAMS

cc: Victor Ramos