```
                    UNITED STATES DISTRICT COURT

                FOR THE SOUTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )   CASE NO. 07CR2985-02-WQH
                                 )
          Plaintiff,             )
                                 )       O R D E R
vs.                              )
                                 )
VICTOR RAMOS, et al.,            )
                                 )
     Defendants.                 )
_____)
```

Good cause appearing therefore:

IT IS HEREBY ORDERED that extraordinary expenses not to exceed $3,500.00 for the production and copying of discovery are hereby authorized and shall be paid directly to Copy Connection upon presentation of a voucher for payment for the copying of discovery documents on behalf of the above-named defendant.

**IT IS SO ORDERED:**

DATED:  January 8, 2008

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge