KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6074
Fax No:     (619) 557-3445
Email address:  timothy.salel@usdoj.gov@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>EDUARDO BARAJAS (1),<br>    aka Eddie-Boy,<br>VICTOR RAMOS (2),<br>    aka V,<br>ALEJANDRO VELARDE (3),<br>    aka Lil' Al,<br>MIGUEL RIVERA MEDINA (4)<br>    aka Vampiro,<br>JACOB TALLAECHE (5)<br>    aka Dopey,<br>THOMAS ALEJANDRO MANZANO (6),<br>    aka Tommy-Boy,<br>DERIC WILLIAMS (7),<br>    aka Pelon,<br>JULIO CESAR JIMENEZ (8),<br>    aka Foo-Foo,<br>ERNESTO ROMAN LOPEZ (9),<br>    aka Ernie,<br><br>                Defendants. | Criminal Case No. 07CR2985-WQH<br><br>JOINT MOTION FOR A PROTECTIVE ORDER |

The parties, United States of America, by and through its counsel KAREN P. HEWITT, United States Attorney, and MICHAEL J. CROWLEY and TIMOTHY F. SALEL, Assistant United States Attorneys, and the above-listed defendants, through their respective defense counsel, hereby jointly move, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to

TFS:klb:Salel:Barajas:07cr2985-WQH Joint Motion for a Protective Order.

1  enter a protective order in order to prevent premature and unwarranted disclosure of evidence to
2  potential targets, subjects, witnesses, and unrelated third parties,

3  The parties jointly move and agree that the defendants, their counsel of record, and their
4  paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel and employees
5  shall not disclose the substance of any discovery material received from the Government in the
6  above-captioned matter, including all wiretap documents, to any third party, unless such material
7  is already a matter of public record, without prior approval of this Court;

8  The parties further move and agree that the United States Attorney and the Assistant United
9  States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and
10 their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of
11 any discovery material produced to the defendants or obtained by the Government from the
12 defendants, unless such material is already a matter of public record, to representatives of the media
13 or other third parties not involved in any way in the investigation or prosecution of the case.

14 The parties further move and agree that nothing contained herein shall prevent the
15 Government, or any defendant or their counsel, from disclosing such discovery material to any other
16 attorneys working for the Government, the defendants or their counsel, government agents (federal,
17 state or local), paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel,
18 employees , and any other person who is working for the Government or the defendants and their
19 counsel (collectively referred to as "assistants") in the investigation or preparation of this case or,
20 with respect to the Government and its assistants only, in other criminal investigations, without prior
21 court order.  Further, nothing contained herein shall preclude the Government, defendants or their
22 counsel, or their respective assistants from conducting an investigation of the facts of this case on
23 behalf of the Government or said defendants, or with respect to the Government and its assistants
24 only, from conducting an investigation of other criminal activity, including interviewing witnesses
25 disclosed by said discovery materials, or from taking statements from witnesses disclosed by said
26 discovery materials, or from asking said witnesses if they themselves have made prior statements
27 to the Government that are disclosed in the discovery materials, and about the contents of such
28

1 statements. In connection with any such investigation, it shall not be necessary that the Government,
2 the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.
3     The parties jointly move and agree that, should counsel withdraw or be disqualified from
4 participation in this case, any material received and any copies derived therefrom, shall be returned
5 to the Government within 10 days.
6     Finally, the parties jointly move and agree that each counsel shall be required to
7 communicate the substance of this order and explain it to their clients and assistants before
8 disclosing the substance of the discovery to their clients or assistants.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: January 30, 2008      */S/ MICHAEL J. CROWLEY*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

DATED: January 30, 2008      */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney

DATED: January 30, 2008      */S/ STEPHEN P. WHITE*
STEPHEN P. WHITE
Attorney for Eduardo Barajas (1)

DATED: January 30, 2008      */S/ MARK F. ADAMS*
MARK F. ADAMS
Attorney for Victor Ramos (2)

DATED: January 30, 2008      */S/ LYNN H. BALL*
LYNN H. BALL
Attorney for Alejandro Velarde (3)

DATED: January 30, 2008      */S/ ROBERT E. BOYCE*
ROBERT E. BOYCE
Attorney for Miguel Rivera Medina (4)

DATED: January 30, 2008      */S/ JAMES W. GLEAVE*
JAMES W. GLEAVE
Attorney for Jacob Tallaeche (5)

DATED: January 30, 2008      */S/ NANCY B. ROSENFELD*
NANCY B. ROSENFELD
Attorney for Thomas A. Manzano (6)

| | | |
|---|---|---|
| 1 | DATED: January 30, 2008 | */S/ ANTHONY E. COLOMBO, JR.* |
| 2 | | ANTHONY E. COLOMBO, JR.<br>Attorney for Deric Williams (7) |
| 3 | DATED: January 30, 2008 | */S/ CHARLES N. GUTHRIE* |
| 4 | | CHARLES N. GUTHRIE<br>Attorney for Julio Cesar Jimenez (8) |
| 5 | DATED: January 30, 2008 | */S/ HOWARD B. FRANK* |
| 6 | | HOWARD B. FRANK<br>Attorney for Ernest Roman Lopez (9) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2985-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| EDUARDO BARAJAS, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of JOINT MOTION TO DECLARE CASE COMPLEX, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1) STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
E-Mail: spw1@sbcglobal.net

(2) MARK F. ADAMS – Attorney for Victor Ramos (2)
E-Mail: markadamsesq@yahoo.com

(3) LYNN H. BALL – Attorney for Alejandro Velarde (3)
E-Mail: lhball@sbcglobal.net

(4) ROBERT E. BOYCE – Attorney for Miguel Rivera Medina (4)
E-Mail: reboyce@pacbell.net

(5) JAMES W. GLEAVE – Attorney for Jacob Tallaeche (5)
E-Mail: jim@jwglaw.com

(6) NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
E-Mail: nrosenfeld@aol.com

(7) ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)

07CR2985-WQH
Joint Motion For A Protective Order

E-Mail: anthonycolombolegal@yahoo.com

(8) CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
E-Mail: charlesnguthrie@aol.com

(9) HOWARD B. FRANK – Attorney for Ernesto Roman Lopez (9)
E-Mail: hbfandjm@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 30, 2008              /S/ TIMOTHY F. SALEL
                                     TIMOTHY F. SALEL
                                     Assistant U.S. Attorney