NOT FOR PUBLIC VIEW

FILED
08 MAR 14 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ␣␣␣␣␣␣␣␣␣␣ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR2985-02-WQH |
| Plaintiff, | |
| vs. | **SECOND ORDER** <br> **[DISCOVERY COSTS]** |
| VICTOR RAMOS, et al., | |
| Defendants. | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that additional extraordinary expenses not to exceed $1,500.00 for the production and copying of discovery are hereby authorized and shall be paid directly to Copy Connection upon presentation of a voucher for payment for the copying of discovery documents on behalf of the above-named defendant.

**IT IS SO ORDERED:**

DATED: 3/14/0V

WILLIAM Q. HAYES, JUDGE
UNITED STATES DISTRICT COURT